BENJAMIN R. KITTREDGE, Respondent, v. ARTHÚR E. GRANNIS and Another, Impleaded with ROBERT C. LAWRENCE, Appellant.— Judgment and order affirmed,

with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Greenbaum and Finch, JJ.